UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>UNION INSURANCE COMPANY</u>**
      Plaintiff(s)

v.                                        CIVIL ACTION NO.**21-10740-DJC**

**<u>NEW ENGLAND ICE CREAM CORP.</u>**
      Defendant(s)

**JUDGMENT IN A CIVIL CASE**

<u>CASPER, D.J.</u>

☐   **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**. In accordance with the Memorandum and Order dated November 4, 2022, D. 43,

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendant New England Ice Cream Corporation.

Robert M. Farrell, Clerk

Dated: <u> November 4, 2022 </u>                      <u>  /s/ Lisa M. Hourihan                </u>
                                                               ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is <u>     </u>%.