# United States Court of Appeals
## For the First Circuit

No. 22-1946

UNION INSURANCE COMPANY,

Plaintiff - Appellant,

v.

NEW ENGLAND ICE CREAM CORPORATION,

Defendant - Appellee.

**JUDGMENT**

Entered: March 24, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert J. Maselek Jr.
James B. Peloquin
Sarah Marie Nyren